346 A.2d 308

**Bernice GROEN et al., Appellees,**

**v.**

**Eugene MITTMAN and Bucks County Board of Election.**

**Appeal of Joseph J. RYAN, Intervenor.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1975.

Decided Oct. 22, 1975.

Henry F. Huhn, Cornwells Heights, for appellant.

Marcel L. Groen, Cornwell Heights, Robert H. Yaroschuk, Doylestown, Steven P. Burkett, Ronald J. Smollow, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Orders affirmed.